IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **PROTESTANT MEMORIAL MEDICAL CENTER, INC., d/b/a/ MEMORIAL HOSPITAL,** )<br>)<br>)<br>)<br>Plaintiff, )<br>) **Civil No. 05-003-DRH**<br>v. )<br>)<br>**CENTERS for MEDICARE and MEDICAID SERVICES, and BARRY S. MARAM,** )<br>)<br>)<br>)<br>Defendants. ) | |

## ORDER

**PROUD, Magistrate Judge:**

Before the Court is plaintiff's Motion for Leave to Conduct Expedited Discovery Pursuant to Rule 26(d). **(Doc. 11)**. Defendants Illinois Department of Public Aid and Centers for Medicare and Medicaid Services have filed responses in opposition. **(Docs. 17 and 19)**.

Plaintiff seeks leave to conduct expedited discovery. **Fed.R.Civ.P. 26(d)** provides that, without leave of court, a party may not conduct discovery until the parties have held their Rule 26(f) conference. The parties held their Rule 26(f) conference on March 25, 2005. **See, Doc. 50, p. 7.** Therefore, the motion is moot.

Upon consideration and for good cause shown plaintiff's Motion for Leave to Conduct Expedited Discovery Pursuant to Rule 26(d) **(Doc. 11)** is **DENIED**. Plaintiff's Motion for Oral Argument **(Doc. 12)** is **DENIED**.

**IT IS SO ORDERED.**

DATE: September 27, 2005.         s/ Clifford J. Proud
                                  **CLIFFORD J. PROUD**
                                  **UNITED STATES MAGISTRATE JUDGE**